# Court of Appeals
# of the State of Georgia

ATLANTA,   November 08, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0137.  SOLOMON JACKSON v. THE STATE.**

On June 7, 2016, the trial court entered an order denying Solomon Jackson's motion to vacate a void and illegal sentence.  On October 13, 2016, Jackson filed an application for discretionary appeal in this Court.  Pretermitting whether Jackson had a right to appeal the order, his application is untimely.   An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  This application, filed 128 days after entry of the challenged order, is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/08/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*